IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW JACKSON                         :
                                        :                   CIVIL ACTION
             v.                         :
                                        :                   NO. 10-0126
QUOVELLO JOHNSON                        :

**O R D E R**

**AND NOW**, this __27th__ day of __July__, 2012, upon consideration of Defendant

QuoVello Johnson's Motion to Dismiss for Failure to State a Claim (ECF No. 3), and all

documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

      1.      Defendant's Motion to Dismiss is **GRANTED**.

      2.      Plaintiff's Complaint is **DISMISSED** in its entirety.

      3.      The Clerk of Court is directed to mark this matter closed.

**IT IS SO ORDERED.**

BY THE COURT:

_____

**R. BARCLAY SURRICK, J.**